No. D–2025. IN RE DISBARMENT OF SEGAL. Disbarment entered. [For earlier order herein, see 525 U. S. 1100.]

No. D–2027. IN RE DISBARMENT OF GILL. Disbarment entered. [For earlier order herein, see 525 U. S. 1100.]

No. D–2028. IN RE DISBARMENT OF EFIRD. Disbarment entered. [For earlier order herein, see 525 U. S. 1100.]

No. D–2029. IN RE DISBARMENT OF PUGLIA. Disbarment entered. [For earlier order herein, see 525 U. S. 1100.]

No. D–2030. IN RE DISBARMENT OF WEISS. Disbarment entered. [For earlier order herein, see 525 U. S. 1101.]

No. D–2031. IN RE DISBARMENT OF CUSTER. Disbarment entered. [For earlier order herein, see 525 U. S. 1101.]

No. D–2057. IN RE DISBARMENT OF LUCAS. James C. Lucas, of Lansing, Mich., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2058. IN RE DISBARMENT OF JACOBS. Daniel B. Jacobs, of Union City, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2059. IN RE DISBARMENT OF BLUTRICH. Michael D. Blutrich, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 97–1943. SUTTON ET AL. v. UNITED AIR LINES, INC. C. A. 10th Cir. [Certiorari granted, 525 U. S. 1063.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 97–1992. MURPHY v. UNITED PARCEL SERVICE, INC. C. A. 10th Cir. [Certiorari granted, 525 U. S. 1063.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.